# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0288

_____

DAVID TERRENCE STEPHENS,

   Petitioner,

   v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections,

   Respondent.

_____

Petition for Writ of Mandamus—Original Proceedings.

June 4, 2025

PER CURIAM.

   Because the trial court has ruled on Petitioner's petition for writ of mandamus, giving leave to amend, the Court dismisses the petition for writ of mandamus as moot. *See Granville v. State*, 382 So. 3d 792 (Fla. 1st DCA 2024).

ROWE, KELSEY, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


David Terrence Stephens, pro se, Petitioner.

Kelly R. Forren, Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Respondent.